**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  KARYN A HARRIS           §
                                  §   Case No.: 11-14346
                                  §
         Debtor(s)                §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/04/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/12/2011.

6) Number of months from filing to the last payment: 5

7) Number of months case was pending: 9

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   70,518.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,334.13 |
| Less amount refunded to debtor | $ 481.57 |
| **NET RECEIPTS** | $ 3,852.56 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,777.27 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 195.29 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,972.56 |
| Attorney fees paid and disclosed by debtor | $ 600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC MORTGAGE SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 11,030.00 | 11,116.22 | 11,116.22 | .00 | .00 |
| FREEDMAN ANSELMO & L | SECURED | 124,526.00 | .00 | .00 | .00 | .00 |
| FREEDMAN ANSELMO & L | UNSECURED | 56,026.00 | NA | NA | .00 | .00 |
| BENEFICIAL MORTGAGE | SECURED | 20,000.00 | 119,778.07 | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE | SECURED | NA | 20,940.49 | 21,340.49 | .00 | .00 |
| BENEFICIAL MORTGAGE | UNSECURED | 20,000.00 | NA | NA | .00 | .00 |
| BENEFICIAL ILLINOIS | OTHER | .00 | NA | NA | .00 | .00 |
| BENEFICIAL ILLINOIS | OTHER | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | SECURED | 88,208.00 | 88,704.54 | .00 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 6,000.00 | 20,026.37 | 19,027.00 | 1,880.00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 13,027.00 | .00 | 999.37 | .00 | .00 |
| SANTANDER CONSUMER U | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 437.00 | .00 | .00 | .00 | .00 |
| HOUSEHOLD AUTOMOTIVE | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC AUTO FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,488.00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 2,488.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL | OTHER | .00 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL/LV | OTHER | .00 | NA | NA | .00 | .00 |
| ACS | OTHER | .00 | NA | NA | .00 | .00 |
| ACS | OTHER | .00 | NA | NA | .00 | .00 |
| ACS SUPPORT STOP 813 | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | UNSECURED | 1,084.00 | NA | NA | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | 799.00 | 2,153.94 | 2,153.94 | .00 | .00 |
| AMERICAN GENERAL | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2,821.00 | 2,820.96 | 2,820.96 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 293.00 | 1,786.18 | 1,786.18 | .00 | .00 |
| BLATT HASENMILLER LE | OTHER | .00 | NA | NA | .00 | .00 |
| BROOKWOOD LOANS | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 543.98 | 543.98 | .00 | .00 |
| CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T MIDWEST | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T MIDWEST | UNSECURED | 247.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,248.00 | 1,726.92 | 1,726.92 | .00 | .00 |
| CITIBANK NA | UNSECURED | 1,918.00 | 1,918.97 | 1,918.97 | .00 | .00 |
| CITIBANK | OTHER | NA | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| HORSESHOE CASINO | UNSECURED | 620.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | .00 | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| EAST SIDE LENDERS | UNSECURED | 700.00 | 1,250.00 | 1,250.00 | .00 | .00 |
| CACH/HSBC BANK | UNSECURED | 549.00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS LENDING COR | UNSECURED | 2,231.00 | 5,204.12 | 5,204.12 | .00 | .00 |
| SLM EDUCATION CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| LOUIS WEINSTOCK | UNSECURED | 3,591.00 | NA | NA | .00 | .00 |
| HSBC ORCHARD | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO IMAGING | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| BROOKWOOD LOANS | UNSECURED | 2,114.00 | 2,362.20 | 2,362.20 | .00 | .00 |
| LVNV/HSBC/ORCHARD BA | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 922.00 | 954.82 | 954.82 | .00 | .00 |
| NORTHSTAR LOCATION S | UNSECURED | .00 | NA | NA | .00 | .00 |
| QC FINANCIAL | UNSECURED | 63.00 | NA | NA | .00 | .00 |
| QC FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 2,198.00 | NA | NA | .00 | .00 |
| PAYMENT DIRECT | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CACH LLC | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 2,139.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | OTHER | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | OTHER | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SPRINGLEAF | OTHER | .00 | NA | NA | .00 | .00 |
| ACL LABORATORIES | UNSECURED | 61.00 | 61.00 | 61.00 | .00 | .00 |
| ACL LABORATORIES | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 2,117.00 | NA | NA | .00 | .00 |
| HORSESHOE CASINO | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 1,011.00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | OTHER | NA | NA | NA | .00 | .00 |
| GET CASH USA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GREAT LAKES SPECIALI | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| HOUSEHOLD CREDIT SER | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | 4,490.54 | 4,490.54 | .00 | .00 |
| TCF NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 21,340.49 | .00 | .00 |
| Debt Secured by Vehicle | 19,027.00 | 1,880.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 40,367.49 | 1,880.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 37,389.22 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,972.56 |
| Disbursements to Creditors | $ | 1,880.00 |
| **TOTAL DISBURSEMENTS:** | $ | 3,852.56 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    12/29/2011                    /s/ Tom Vaughn
                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**